FILED

06/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0268

# IN THE SUPREME COURT OF THE STATE OF MONTANA

MONTANA TROUT UNLIMITED, TROUT UNLIMITED, MONTANA ENVIRONMENTAL INFORMATION CENTER, EARTHWORKS, and AMERICAN RIVERS,

       Petitioners and Appellants,

  v.

MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION and TINTINA MONTANA, INC.,

       Respondents and Appellees.

Cause No. DA 23-0268

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF**

Pursuant to Montana Rule of Appellate Procedure 26(1), Appellants' Unopposed Motion for an Extension of Time to File Appellants' Opening Brief is GRANTED. Appellants shall file their opening brief on or before July 24, 2023.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 1 2023